**FILED**

DEC 0 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | | | |
|---|---|---|---|
| American Sales Company, Inc. | ) | | |
| | ) | | |
| | ) | | CASE NUMBER 1:05CV02335 |
| vs Plaintiff | ) | Civil | |
| | ) | | JUDGE: Colleen Kollar-Kotelly |
| Warner Chilcott Holdings Company III, Ltd.; Warner Chilcott Corporation; Warner Chilcott (US) Inc.; Galen (Chemicals) Ltd.; and Barr Pharmaceuticals, Inc. | ) ) ) | | DECK TYPE: Antitrust |
| | ) | | DATE STAMP: 12/06/2005 |
| Defendant | ) | | |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __American Sales Company, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __American Sales Company, Inc.__ which have any outstanding securities in the hands of the public:

Koninklijke Ahold N.V. (Ahold)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ David W. Stanley_
Signature

174318
BAR IDENTIFICATION NO.

David W. Stanley
Print Name

507 C Street, N.E.
Address

Washington, DC   20002
City         State         Zip Code

202-789-3960
Phone Number