## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------- x

AMERICAN SALES COMPANY, INC.,    :

      Plaintiff,    :

    :

v.    :   Civil Action No: 1:05CV02335

    :   Judge Colleen Kollar-Kotelly

WARNER CHILCOTT HOLDINGS COMPANY    :

III, LTD., *et al.*,    :

    :   **JURY TRIAL DEMANDED**

      Defendants.    :

    :

---------------------------------------------------- x

## MOTION OF DEFENDANTS
## FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd. (collectively "Defendants") move for the admission of Charles E. Koob of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in this action. Mr. Koob is a member in good standing of the following bars: the State of New York, the State of California, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States Court of Federal Claims, and the United States Supreme Court. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Koob should this Motion be granted.

January 6, 2006                              Respectfully submitted,


                                   By:    _/s/_____
                                          Kevin J. Arquit, #438511
                                          SIMPSON THACHER & BARTLETT LLP
                                          425 Lexington Avenue
                                          New York, New York 10017
                                          (212) 455-2000

                                          *Counsel for Defendants*