UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMERICAN SALES COMPANY, INC.,
on behalf of itself and all others similarly situated,

    Plaintiff,

v.

WARNER CHILCOTT HOLDINGS COMPANY III, LTD.
100 Enterprise Drive
Rockaway, N.J. 07866-2129

WARNER CHILCOTT CORPORATION
100 Enterprise Drive
Rockaway, N.J. 07866-2129

WARNER CHILCOTT (US) INC.
100 Enterprise Drive
Rockaway, N.J. 07866-2129

GALEN (CHEMICALS) LTD.
Unit 4 Burton Hall Pk.
Sandyford Industrial Estate
Foxrock, Ireland,

and

BARR PHARMACEUTICALS, INC.
2 Quaker Road, P.O. Box 2900
Pomona, N.Y. 10970-0519
    Defendants.

---

Civil Action No: 1:05CV02335 (CKK)
Judge Colleen Kollar-Kotelly

**JURY TRIAL DEMANDED**

## **ENTRY OF APPEARANCE (LCvR 83.6(a))**

Pursuant to LCvR 83.6(a), Kevin J. Arquit hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd.

January 6, 2006

By:

Respectfully submitted,

/s/
_____
Kevin J. Arquit, #438511
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Counsel for Defendants*

2