IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAJ DISTRIBUTORS, INC. and STEPHEN L. LaFRANCE HOLDINGS, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD.,<br><br>WARNER CHILCOTT CORPORATION,<br><br>WARNER CHILCOTT (US) INC.,<br><br>GALEN (CHEMICALS) LTD.,<br><br>and<br><br>BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | CIVIL ACTON NO. 05-cv-6095 |

### NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

In accordance with the provisions of Fed. R. Civ. P. 41, Plaintiffs dismiss this action without prejudice. Defendants have filed neither an answer nor a motion for summary judgment. There has been no prior dismissal of this case in any court. Counsel have learned of five related cases

pending in the United States District Court for the District of Columbia; in the interest of judicial economy and to avoid unnecessary motion practice, Counsel intend to file the action as a related case to those cases already pending in the United States District Court for the District of Columbia.

Dated: December 20, 2005                    By: *[signature]*
                                            Dianne M. Nast
                                            RodaNast, P.C.
                                            801 Estelle Drive
                                            Lancaster, Pennsylvania 17601
                                            (717) 892-3000
                                            (717) 892-1200 facsimile

                                            Michael L. Roberts
                                            Roberts Law Firm, P.A.
                                            P.O. Box 241790
                                            20 Rahling Circle
                                            Little Rock, Arkansas 72223
                                            (501) 821-5575
                                            (501) 821-4474 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of December 2005 caused to be served a copy of Plaintiffs' Notice of Dismissal Pursuant to Fed. R. Civ. P. 41 by facsimile and first class mail with postage fully paid thereon to the parties listed on the service list below.

*Hollie M. Schmidt*

Charles E. Koob, Esquire
Annette C. Rizzi, Esquire
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954
Facsimile: (212) 455-2502