JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 27 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1747

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE OVCON ORAL CONTRACEPTIVE ANTITRUST LITIGATION

## (SEE ATTACHED SCHEDULE)

## ORDER DEEMING MOTION MOOT

Before the Panel is a motion by various defendants in this docket seeking transfer, pursuant to 28 U.S.C. § 1407, of the ten actions listed on the attached Schedule A to the District of New Jersey for coordinated or consolidated pretrial proceedings. The Panel has now been advised that: 1) the listed Eastern District of Pennsylvania action was dismissed in that district pursuant to a notice of voluntary dismissal filed on December 20, 2005; and 2) the listed Eastern District of Tennessee action was dismissed in that district by the Honorable J. Ronnie Greer in an order filed on December 22, 2005. These two dismissals accordingly have deprived this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

FOR THE PANEL:

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

# SCHEDULE A

<u>MDL-1747 — In re Ovcon Oral Contraceptive Antitrust Litigation</u>

    <u>District of District of Columbia</u>

    *Federal Trade Commission v. Warner Chilcott Holdings Co. III, Ltd., et al.*,
        C.A. No. 1:05-2179
    *State of Colorado, et al. v. Warner Chilcott Holdings Co. III, Ltd., et al.*,
        C.A. No. 1:05-2182
    *Meijer, Inc., et al. v. Warner Chilcott Holdings Co. III, Ltd., et al.*, C.A. No. 1:05-2195
    *Louisiana Wholesale Drug Co., Inc. v. Warner Chilcott Public Limited Co., et al.*,
        C.A. No. 1:05-2210
    *Rochester Drug Co-Operative, Inc. v. Warner Chilcott Public Limited Co., et al.*,
        C.A. No. 1:05-2257
    *Valley Wholesale Drug Co., Inc. v. Warner Chilcott Holdings Co. III, Ltd., et al.*,
        C.A. No. 1:05-2321
    *Vista Healthplan, Inc. v. Warner Chilcott Holdings Co. III, Ltd., et al.*,
        C.A. No. 1:05-2327
    *American Sales Co., Inc. v. Warner Chilcott Holdings Co. III, Ltd., et al.*,
        C.A. No. 1:05-2335

    <u>Eastern District of Pennsylvania</u>

    *SAJ Distributors, Inc., et al. v. Warner Chilcott Holdings Co. III, Ltd., et al.*,
        C.A. No. 2:05-6095

    <u>Eastern District of Tennessee</u>

    *Jabo's Pharmacy, Inc. v. Warner Chilcott Holdings Co. III, Ltd., et al.*,
        C.A. No. 2:05-316