AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

American Sales Company, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Warner Chilcott Holdings company III, Ltd.;
Warner Chilcott Corp.; Warner Chilcott (US),
Inc.; Galen (Chemicals) Ltd.; and Barr
Pharmaceuticals, Inc.

CASE NUMBER  1:05CV02335

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Antitrust

DATE STAMP: 12/06/2005

TO: (Name and address of Defendant)

GALEN (CHEMICALS) LTD.
Unit 4, Burton Hall Pk.
Sandyford Industrial Estate
Foxrock, Ireland

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David W. Stanley
CUNEO GILBERT & LaDUCA, LLP
507 C Street, N.E.
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 0 6 2005
_____   _____
CLERK                                DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE |
| NAME OF SERVER (PRINT) || TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date            *Signature of Server*

_____
*Address of Server*

I am authorized to accept service of the summons and complaint in this matter on behalf of my client, Galen (Chemicals) LTD. I have agreed to accept service and have received a copy of the summons and complaint.

Dated: Jan 23, 2006

Charles E. Koob
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.