AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

American Sales Company, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Warner Chilcott Holdings company III, Ltd.;
Warner Chilcott Corp.; Warner Chilcott (US),
Inc.; Galen (Chemicals) Ltd.; and Barr
Pharmaceuticals, Inc.

CASE NUMBER 1:05CV02335

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Antitrust

DATE STAMP: 12/06/2005

TO: (Name and address of Defendant)

WARNER CHILCOTT (US) INC.
100 Enterprise Drive
Rockaway, NY 07866-2129

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David W. Stanley
CUNEO GILBERT & LaDUCA, LLP
507 C Street, N.E.
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                  DEC 0 6 2005

CLERK                                        DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

District of Columbia                                                                   U.S.D. Court

Case Number: 1:05CV02335

Plaintiff:
**American Sales Company, Inc.**

vs.

Defendant:
**Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corp., Warner Chilcott ( US Inc., Galen ( Chemicals) ltd., and Barr Pharmaceuticals, Inc**

For:
Hagens Berman LLP
One Main Street
4th Floor
Cambridge, MA  02142

Received by STOKES & LEVIN on the 6th day of January, 2006 at 9:06 am to be served on **Warner Chilcott (US) Inc., 100 Enterprise Drive Rockaway, NJ 07866-2129**.

I, Tina Wright, do hereby affirm that on the **7th day of January, 2006** at **4:22 pm, I:**

Served the within named corporation by delivering a true copy of the **Summons, Complaint, Initial Electronic Case Filing Order, ECF Registration Form, Notice of Right to Consent to Trial Before a United States Magistrate and Consent to Proceed Before a United States Magistrate Judge for All Purposes Form** with the date and hour of service endorsed thereon by me to Karla Whitiker as the managing agent authorized to accept service on behalf of within named corporation and compliance with state statutes.

**Description** of Person Served:  Age: 35,  Sex: F,  Race/Skin Color: White,  Height: 5'5,  Weight: 125,  Hair: Black,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____*Tina Wright*_____
Tina Wright
Civil Process Division

**STOKES & LEVIN**
**27 Glen Street**
**Stoughton, MA  02072**
**(781) 341-8390**

Our Job Serial Number: 2006000202
Ref: Thomas M. Sobol
Service Fee: _____

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f