UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------- x
AMERICAN SALES COMPANY, INC.,                      :
                                                   :
         Plaintiff,                                :
                                                   :
v.                                                 :   Civil Action No: 1:05CV02335 (CKK)
                                                   :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                   :
III, LTD., et al.,                                 :
                                                   :
         Defendants.                               :
                                                   :
-------------------------------------------------- x
```

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Andrew M. Lacy hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd.

April 3, 2006                                    Respectfully submitted,

                                  By:    /s/ Andrew M. Lacy
                                         _____
                                         Andrew M. Lacy, D.C. Bar # 496644
                                         SIMPSON THACHER & BARTLETT LLP
                                         555 11th Street, N.W.
                                         Suite 725
                                         Washington, D.C.  20004
                                         (202) 220-7700

                                         *Counsel for Defendants*