UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
AMERICAN SALES COMPANY, INC., :
:
    Plaintiff, :
:
v. : Civil Action No: 1:05CV02335 (CKK)
: Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY :
III, LTD., *et al.*, :
:
    Defendants. :
:
---------------------------------------------------------- x

## ENTRY OF APPEARANCE (LCvR 83.6(a))

    Pursuant to LCvR 83.6(a), Peter C. Thomas hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd.

April 3, 2006　　　　　　　　　　　Respectfully submitted,

                        By:　　/s/ Peter C. Thomas
                             Peter C. Thomas, D.C. Bar # 495928
                             SIMPSON THACHER & BARTLETT LLP
                             555 11th Street, N.W.
                             Suite 725
                             Washington, D.C. 20004
                             (202) 220-7700

                             *Counsel for Defendants*