IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SALES COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC., GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | No. 05 Civ. 2335 (CKK)<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

On April 14, 2006, Plaintiff American Sales Company, Inc. joined in filing an Amended Class Action Complaint in *Meijer, Inc., et al. v. Warner Chilcott Holdings Company III, Ltd., et al.*, No. 05 Civ. 2195 (CKK) [docket # 30]. Because it is no longer necessary to maintain this action, Plaintiff hereby moves the Court for an order dismissing this case pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: April 20, 2006

Respectfully submitted,

/s/
_____
Thomas M. Sobol
Hagens Berman Sobol & Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: (617) 482-3700

Linda P. Nussbaum (D.C. Bar No. 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Tel: (212) 838-7797
Fax: (212) 838-7745

**Counsel for Plaintiff American Sales Company, Inc.**